IN THE US DISTRICT COURT OF NEVADA
LAS VEGAS

BRIAN EVANS,
9132 Hombard Avenue
Las Vegas, NV 89148

Plaintiff

v.

DHL Airways
1200 South Pine Island Road
Suite 600
Plantation, FL 33324

DOES 1-10

CV-S-04-0766-RCJ-PAL

# JURY DEMAND

## COMPLAINT FOR FRAUD AND DESTRUCTION

Plaintiff Brian Evans, a candidate for United States Senate (**Exhibit A**) comes forth and files this lawsuit against DHL for fraud and destruction of personal property.

On May 18th, 19th, and 20th, Plaintiff Brian Evans on for "The Brian Evans Campaign" did ship a total of 35 packages to his Las Vegas office. On all three shipment occasions, the boxes arrived destroyed.

Then, shockingly, the DHL delivery person then requested that Plaintiff assist him in unloading the deliveries. Plaintiff is not an employee of DHL, nor is Plaintiff insured for any potential injuries that could be caused by such a request. The DHL Las Vegas "outlet" instructed the delivery person, who was clearly distraught by being instructed as such by his superiors, to unload the DHL delivery truck, which had thousands of pounds of packaging, by himself. The truck had no ramp, no "dolly," and no equipment whatsoever to transfer the boxes and a 62 inch big screen television, which also arrived damaged from the delivery truck to the recipients address.

Boxes have holes in them that indicate a fork lift truck drove their "spikes" right through them, destroying computers which look as if they were run over with a vehicle, not delivered in one.

Plaintiff is in the middle of a campaign for the United States Senate, and believes that had one box arrived, it would have been a simple mistake. But 35 boxes, shipped and delivered on three different days by the same company is utterly ridiculous to be in the destroyed condition that they were delivered in.

Plaintiff was told on three separate occasions, on three separate days, that a "claim form was being emailed," "that an inspector will be there within 48 hours," and "we will call you by noon tomorrow." On each occasion, none of these promises came through. Defendants just ignore the Plaintiff's requests, despite three opportunities Plaintiff was willing to provide the Defendants to

Plaintiff's requests, despite three opportunities Plaintiff was willing to provide the Defendants to inspect the items. Plaintiff now believes three chances are quite enough, and will deny that request but to this court. Photo's are also being compiled, and Plaintiff requests this court permit this Plaintiff to file an Amended Complaint to add further allegations against DHL, and as counsel prepares itself for entrance. **Exhibit B** are copies of the airbills, and professional photo's are being taken to provide to this court for further exhibition.

Plaintiff requests $14,500 as was insured, and $1,500 for each day Plaintiff has been denied the use of Plaintiff's computers and equipment since the day of delivery.

Plaintiff also requests $100,000 in damages that have been caused to Plaintiff's campaign of US Senate, and to deem void any "invoice" for the shipment of Plaintiff's campaign for these destroyed and damaged shipments.

**Exhibit C** is a copy of DHL's own Inspector's report, hired by DHL after Plaintiff sent a letter of Demand after DHL had ignored Plaintiff on three different occasions as noted above, confirming the damages to Plaintiff's property. It was DHL themselves that sent this Inspector to the home of the Plainitiff to investigate the claims, and DHL's investigator clearly agree's with the Plaintiff.

Damages now far exceed the actual damaged property, as data discs on the computer, and Defendant's failure to respond to Plaintiff, have caused the Senate campaign of the Plaintiff much damage.

## JURISDICTION

Jurisdiction is proper under 28:1332 as the amount involves parties from different states and exceeds $75,000.

Submitted by:

Brian Evans

6-4-04

Date

# EXHIBIT A



## ELECTED OFFICIALS

- President & V.P.
- U.S. Congress
- State Officials
- Local Officials

## ISSUES & ACTION

- Bills in Congress
- Votes in Congress
- Action Alerts
- Soapbox Alerts
- Letters to Leaders
- Capitol Hill Basics

## ELECTION 2004

- Pledge Your Vote
- Register to Vote

## AGENCIES

## SUPREME COURT

## MEDIA GUIDE

## MEGAVOTE

## WEB STICKER

## TELL A FRIEND

- About Congress.org
- Congress.org FAQ's



Advertisements appearing on this site in no way imply endorsement or support by the League of Women Voters.

### DemocracyNet
THE LEAGUE OF WOMEN VOTERS

Election Home • Browse Candidates • Register to Vote • Change Location

### Brian Evans
Candidate for U.S. Senate, HI (Democrat)

[ EMAIL ]  [ WEB SITE ]  [ DONATE ]



**Website:** www.brianforsenator.com
**Email:** evansvegas@aol.com
**Phone:** (808) 879-7199
**Fax:** (808) 891-8585
**Address:**
2463 S. Kihei Rd., #C-16-317
Kihei, HI 96753

 Register To VOTE

SEE **ALL** CANDIDATES

### Candidate Information

**Name:** Brian Evans
**Party:** Democrat
**Residence:** Wailea
**Marital Status:** Single
**(Prev.) Occupation:** Singer, Actor
**Prev. Political Exp.:** no prior elected office
**Birthplace:** Haverhill, MA
**Religion:** Catholic
**Committee:** Brian Evans for US Senator

✉ EMAIL THIS

Congress.org is a public service of **Capitol Advantage** and is powered by the award-winning CapWiz™ system. CapWiz™ is customized for nearly 1000 web sites, including AOL, Yahoo!, and MSN. If you would like a free CapWiz™ demo built for *your* site, please **contact us**. Public Officials and Candidates, please contact the **Research Department** with updates to your information. Send press inquiries **here**.

© 2004 Capitol Advantage LLC. (terms of use)
Privacy Policy

### Soa

Got an i
want to
noise ab
here. de

"WE the P
viewed 11

Homosexu
NOT abou
IL
viewed 22

Child Supp
Enforceme
viewed 41

Enforceme
Support O
viewed 38

RE: Can a
vote for m
Candidate
viewed 12

The DRAF
WA
viewed 74

Can a Chr
for most D
Candidate
viewed 21

Reinstatin
AR
viewed 10

Why there
Iraq - AR
viewed 24

"Democrat
wretched a
and so are
Az
viewed 34

DEMOCR
WRETCHE
RIDICULO
viewed 33

"Bush & K
AND BON
Up, Draft E
S(89) HR
viewed 61

See more

Have you
delivered
Hill and p
for all to

HR 163/ S

No Draft!!!

Draft bills -

Federal M:
Ammendm

What to do
Rumsfeld -

Activating
bills: S 89
KY

2005 Draft

Universal I
Acts S.89 .
NY

Proposed .

The Draft -

Crisis in A(
Northern L

Same sex

See More.

# EXHIBIT B

DHL Worldwide Express, Inc. 50 California Street, Suite 500, San Francisco, CA 94111

Blank DHL Shipment Air Waybill form, number 770 8345 794.

DHL Shipment Air Waybill — blank form (Non negotiable)

Waybill number: 770 8345 783

DHL Worldwide Express, Inc. 50 California Street, Suite 500, San Francisco, CA 94111

DHL EXPRESS

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL *in USA only*

**Shipment Air Waybill** (Non negotiable)

770 8345 735

7708345735

ORIGIN

DESTINATION CODE

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party

☐ *Cash* ☐ *Check* ☐ *Credit Card*

Payer Account No. __________

**Shipment Value Protection** ***(see reverse)***

☐ **Yes** *Declared Value for Carriage (in US $)* __________

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number

Contact Name

Shipper's Reference *(up to 35 characters)*

Company Name

Address

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

Company Name

Contact Name

Delivery Address ***DHL Cannot Deliver to a PO Box***

Country

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**4 Shipment Details**

| Total Number of Packages | Total Weight If DHL Express Document packaging used, enter XD. | Pieces | Dimensions *(in inches)* Length | Width | Height |
|---|---|---|---|---|---|
| | | ____ @ | x | x | |
| | | ____ @ | x | x | |
| | lbs | ____ @ | x | x | |

Give Content and Quantity ***DHL Does Not Transport Cash***

***Attach the original and four copies of a Commercial Invoice or Pro Forma.***

*Export License No./Symbol (if applicable)*

Receiver's VAT/GST or Shipper's EIN/SSN

Value for Customs (in US $) *(as on Commercial/Pro Forma Invoice)*

*Schedule B Number / Harmonized Code (if applicable)*

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

☐ Receiver ☐ Shipper ☐ *Other* __________ *Specify approved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay.* ***I/we understand that DHL DOES NOT TRANSPORT CASH.***

Signature (required) Date

**DOMESTIC EXPRESS**

☐ U.S. Express Envelope

☑ USA Overnight

☐ Other __________

**DP GLOBAL MAIL**

☐ Priority

☐ Standard

☐ IPA

☐ ISAL

☐ DomFlats

**WORLDWIDE EXPRESS**

☐ Int'l Express Envelope

☐ Non-Dutiable ☐ WorldFreight

☐ Dutiable ☐ Other __________

**Service Options** (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup __________

☐ Hold For Pickup* ☐ Delivery Notification

*US deliveries only

Other __________

Not all products or service options are available to/from all locations.

**DIMENSIONAL/CHARGEABLE WEIGHT**

| ***SERVICES*** | **CHARGES** |
|---|---|
| **Drop Box #** | **TOTAL** |

**TRANSPORT COLLECT STICKER No.**

**PAYMENT DETAILS (Check, Card No.)**

**No.:**

**Type** **Expires**

**Auth.**

**PICKED UP BY**

**Route No.**

**Time** **Date**

2002

(DHL Shipment Air Waybill form, rotated; Waybill No. 770 8345 805)

# EXHIBIT C

**MTI INSPECTION SERVICES**
INSPECTION REPORT OF LOST OR DAMAGED MERCHANDISE

No. 26806

| | | | |
|---|---|---|---|
| CARRIER: DHL/Airborne | | TERMINAL: Las Vegas, NV | |
| BILL DATE: ___ | Was exception noted upon delivery? ☐ Yes ☒ No ☐ N/A | PRO/BILL NO.: ___ | |
| CONSIGNEE: Copper Sand Hats | ADDRESS: ___ | | |
| SHIPPER: ___ | ORIGIN: ___ | | |
| BILL DESCRIPTION: ___ | | RELEASE RATE/VALUE: ___ | |
| DATE DELIVERED: ___ | DATE ASSIGNED TO MTI: ___ | DATE INSPECTED: ___ | |
| RATE BASIS: ___ | RATE AUTHORITY/P.O. NUMBER: ___ | | |

Is the shipper the manufacturer? ☐ Yes ☒ No   If no, explain ___
If articles imported or trans-shipped, have contents been inspected by shipper prior to this movement? ☐ Yes ☐ No ☒ Indeterminable

☐ Alleged Loss    ☒ Damage    ☒ Visible    ☐ Concealed    ☐ Indeterminable

Does damage to container correspond to damage to contents? ☒ Yes ☐ No    ☐ Indeterminable (Explain below)

Package description and condition: ___

Location of shipment: ___
Movement of shipment after delivery?: ___

**SHIPPING CONTAINER INFORMATION**

☒ New  ☐ Reused  ☐ Not Available  ☐ Discarded  ☒ Box  ☒ Corrugated  ☒ Single Wall  ☐ Double Wall  ☐ Triple Wall

Boxmaker Info: Package No. ___  Bursting Test ___  PSI Size Limit ___  U/l Gross Weight Limit ___ Lbs
Edge Crush Test ___  PPI Gross Weight of Container ___ Lbs  Container Dimensions ___

☐ Wooden Crate  ☐ Pallet  ☐ Skid  ☐ Bundle  ☐ Reel  ☐ Other ___

CLOSURES:  ☐ Glued  ☐ Strapped  ☐ Wired  ☐ Latched  ☐ Shrink Wrapped  ☐ Stretch Wrapped
           ☒ Taped  ☐ Stapled  ☐ Nailed  ☐ Screwed  ☐ Corded/Sewn  ☐ Bolted

MARKINGS:  ☐ None  ☐ Contents Indicated  ☐ Fragile  ☒ Handle with Care  ☐ Do Not Drop
           ☒ Directional  ☒ Glass  ☐ Freezable  ☐ Top Load Only  ☐ Do Not Stack

INNER PACKAGING:  ☐ None  ☐ Bubble Pack  ☐ Paper Matting  ☐ Styrofoam Chips  ☐ Corrugated Liners
                  ☐ Slotted Partitions  ☐ Corner Posts  ☐ Wooden Base  ☐ Blown Foam  ☐ Inner Packages

☒ Other: ___

BAG:  ☐ Paper  ☐ Single Ply  ☐ Multiwall  ☐ Paper Woven  ☐ Cloth  ☐ Burlap  CRATE: ☐ Diagonally Braced ☐ Open Slat ☐ Solid Side
DRUM: ☐ Plastic  ☐ Fibreboard  ☐ Steel  Capacity ___  Gauge of Metal ___  Date of Mfgr. ___  D.O.T. ___

Number of Articles ___  ☐ New ☐ Used   Cost of Articles ___  ☐ Estimated ☐ Actual   Invoice No. ___

☐ Consignee advises that article(s) have an estimated salvage value of $___    ☐ Consignee advises that article(s) have no salvage value.
☐ Consignee advises article(s) can be repaired at an estimated cost of $___    ☐ Consignee advises that article(s) cannot be repaired.
☐ Consignee advises that no determination with regard to disposition of article(s) has been made at this time.
This report is submitted as a factual presentation of the matter at hand. Any questions regarding content accuracy should be directed to the inspector within THREE BUSINESS DAYS.

Consignee ___    Inspector ___

**THIS INSPECTION REPORT IS NOT A CLAIM - DAMAGED GOODS MUST BE HELD UNTIL CLAIM IS RESOLVED**

**MTI INSPECTION SERVICES**
SPECTION REPORT OF LOST OR DAMAGED MERCHANDISE

No. 16807

CARRIER: DHL/Air Borne    TERMINAL: _____
BILL DATE: 5-7-04    Was exception noted upon delivery? ☐ Yes ☒ No ☐ N/A    PRO/BILL NO: _____
CONSIGNEE: _____ Goods    ADDRESS: 8101 W Flamingo #104, Las Vegas, NV
SHIPPER: _____    ORIGIN: Galilea, MI
BILL DESCRIPTION: 1- Min City _____    RELEASE RATE/VALUE: _____
DATE DELIVERED: 5-22-04    DATE ASSIGNED TO MTI: 5-27-04    DATE INSPECTED: 5-27-04
RATE BASIS: _____    RATE AUTHORITY/P.O. NUMBER: _____

Is the shipper the manufacturer? ☐ Yes ☒ No    If no, explain: _____
If articles imported or trans-shipped, have contents been inspected by shipper prior to this movement? ☐ Yes ☐ No ☒ Indeterminable

☐ Alleged Loss    ☒ Damage    ☒ Visible    ☐ Concealed    ☐ Indeterminable
Does damage to container correspond to damage to contents? ☒ Yes ☐ No    ☐ Indeterminable (Explain below)

Package description and condition: _____

Location of shipment: _____
Movement of shipment after delivery? _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ New | ☒ Reused | ☐ Not Available | ☐ Discarded | ☒ Box | ☒ Corrugated | ☒ Single Wall | ☐ Double Wall ☐ Triple Wall |

Boxmaker Info: Package No. ___ Bursting Test ___ PSI Size Limit ___ U/I Gross Weight Limit ___ Lbs
Edge Crush Test ___ PPI Gross Weight of Container ___ Lbs Container Dimensions ___
☐ Wooden Crate  ☐ Pallet  ☐ Skid  ☐ Bundle  ☐ Reel  ☐ Other ___

CLOSURES: ☐ Glued ☐ Strapped ☐ Wired ☐ Latched ☐ Shrink Wrapped ☐ Stretch Wrapped
☒ Taped ☐ Stapled ☐ Nailed ☐ Screwed ☐ Corded/Sewn ☐ Bolted

MARKINGS: ☐ None ☒ Contents Indicated ☒ Fragile ☐ Handle with Care ☐ Do Not Drop
☐ Directional ☐ Glass ☐ Freezable ☐ Top Load Only ☐ Do Not Stack

INNER PACKAGING: ☐ None ☐ Bubble Pack ☐ Paper Matting ☒ Styrofoam Chips ☐ Corrugated Liners
☐ Slotted Partitions ☐ Corner Posts ☐ Wooden Base ☐ Blown Foam ☐ Inner Packages

☒ Other: _____

BAG: ☐ Paper ☐ Single Ply ☐ Multiwall ☐ Paper Woven ☐ Cloth ☐ Burlap | CRATE: ☐ Diagonally Braced ☐ Open Slat ☐ Solid Side
DRUM: ☐ Plastic ☐ Fibreboard ☐ Steel  Capacity ___ Gauge of Metal ___ Date of Mfgr. ___ D.O.T. ___

Number of Articles ___ ☐ New ☐ Used  Cost of Articles ___ ☐ Estimated ☐ Actual  Invoice No. ___

1- Compact VHS - 10 yrs old
1- TV - 61" - screen - concaved but working.

1- Compact VHS - View Finder cracked and broken

☐ Consignee advises that articles(s) have an estimated salvage value of $ _____    ☐ Consignee advises that article(s) have no salvage value.
☐ Consignee advises article(s) can be repaired at an estimated cost of $ _____    ☐ Consignee advises that article(s) cannot be repaired.
☐ Consignee advises that no determination with regard to disposition of article(s) has been made at this time
This report is submitted as a factual presentation of the matter at hand. Any questions regarding content accuracy should be directed to the inspector within THREE BUSINESS DAYS.
Consignee _____ Inspector _____

**THIS INSPECTION REPORT IS NOT A CLAIM - DAMAGED GOODS MUST BE HELD UNTIL CLAIM IS RESOLVED**

# MTI INSPECTION SERVICE
## INSPECTION REPORT OF LOST OR DAMAGED MERCHANDISE

No. 16805

| Field | Value |
|---|---|
| CARRIER | Dr/Trucker US |
| TERMINAL | L.V. NV |
| BILL DATE | 5-?-04 |
| Was exception noted upon delivery? | ☐ Yes ☒ No ☐ N/A |
| PRO/BILL NO. | 770734 |
| CONSIGNEE | Eddie Bear & Sons Mfg |
| ADDRESS | 7010 W Ruffin, LV NV |
| SHIPPER | NE J Shar Woods (Imported) |
| ORIGIN | China |
| BILL DESCRIPTION | (illegible) |
| RELEASE RATE/VALUE | |
| DATE DELIVERED | 5-?-04 |
| DATE ASSIGNED TO MTI | 5-?-04 |
| DATE INSPECTED | 5-?-04 |
| RATE BASIS | |
| RATE AUTHORITY/P.O. NUMBER | |

Is the shipper the manufacturer? ☐ Yes ☒ No   If no, explain _____

If articles imported or trans-shipped, have contents been inspected by shipper prior to this movement? ☐ Yes ☐ No ☒ Indeterminable

☐ Alleged Loss   ☒ Damage   ☒ Visible   ☐ Concealed   ☐ Indeterminable

Does damage to container correspond to damage to contents? ☐ Yes ☐ No ☒ Indeterminable (Explain below)

Package description and condition: _____

Location of shipment: _____
Movement of shipment after delivery? _____

### SHIPPING CONTAINER INFORMATION

☒ New  ☐ Reused  ☐ Not Available  ☐ Discarded  ☒ Box  ☒ Corrugated  ☒ Single Wall  ☐ Double Wall  ☐ Triple Wall

Boxmaker Info: Package No. ___  Bursting Test ___  PSI Size Limit ___  U/I Gross Weight Limit ___ Lbs
Edge Crush Test ___  PPI Gross Weight of Container ___ Lbs  Container Dimensions ___

☐ Wooden Crate  ☐ Pallet  ☐ Skid  ☐ Bundle  ☐ Reel  ☐ Other ___

**CLOSURES:** ☐ Glued  ☐ Strapped  ☐ Wired  ☐ Latched  ☐ Shrink Wrapped  ☐ Stretch Wrapped
☒ Taped  ☐ Stapled  ☐ Nailed  ☐ Screwed  ☐ Corded/Sewn  ☐ Bolted

**MARKINGS:** ☐ None  ☐ Contents Indicated  ☐ Fragile  ☐ Handle with Care  ☐ Do Not Drop
☐ Directional  ☐ Glass  ☐ Freezable  ☐ Top Load Only  ☐ Do Not Stack

**INNER PACKAGING:** ☐ None  ☐ Bubble Pack  ☐ Paper Matting  ☐ Styrofoam Chips  ☐ Corrugated Liners
☐ Slotted Partitions  ☐ Corner Posts  ☐ Wooden Base  ☐ Blown Foam  ☐ Inner Packages

☐ Other ___

**BAG:** ☐ Paper  ☐ Single Ply  ☐ Multiwall  ☐ Paper Woven  ☐ Cloth  ☐ Burlap   **CRATE:** ☐ Diagonally Braced  ☐ Open Slat  ☐ Solid Side

**DRUM:** ☐ Plastic  ☐ Fibreboard  ☐ Steel   Capacity ___   Gauge of Metal ___   Date of Mfg. ___   D.O.T. ___

Number of Articles ___   ☐ New ☐ Used   Cost of Articles ___   ☐ Estimated ☐ Actual   Invoice No. ___

☐ Consignee advises that article(s) have an estimated salvage value of $ ___   ☐ Consignee advises that article(s) have no salvage value.
☐ Consignee advises article(s) can be repaired at an estimated cost of $ ___   ☐ Consignee advises that article(s) cannot be repaired.
☐ Consignee advises that no determination with regard to disposition of article(s) has been made at this time.

This report is submitted as a factual presentation of the matter at hand. Any questions regarding contents/accuracy should be directed to the inspector within THREE BUSINESS DAYS.

Consignee _____   Inspector _____

**THIS INSPECTION REPORT IS NOT A CLAIM – DAMAGED GOODS MUST BE HELD UNTIL CLAIM IS RESOLVED**